IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DANNY RAY JOHNSON,**

  **Petitioner**

**v.**  //  **CIVIL ACTION NO. 1:10CV108**
     **CRIMINAL NO. 1:02CR50**
         **(Judge Keeley)**

**UNITED STATES OF AMERICA,**

  **Respondent.**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On July 14, 2010, pro se petitioner, Danny Ray Johnson ("Johnson"), filed a petition pursuant to 28 U.S.C. § 2255. The Court referred this matter to United States Magistrate Judge Joel for initial screening and a report and recommendation in accordance with Local Rule of Prisoner Litigation 83.09.

On September 19, 2011, Magistrate Judge Joel issued an Opinion and Report and Recommendation ("R&R") recommending that Johnson's Motion to Vacate, Set Aside, or Correct Sentence be denied as moot. (Doc. No. 157, case No. 1:02CR50 & Doc. No. 21, case No. 1:10CV108). The R&R also specifically warned that failure to object to the recommendation would result in the waiver of any appellate rights on this issue. The parties did not file any objections.[1]

---

[1] The failure to object to the Report and Recommendation not only waives the appellate rights in this matter, but also relieves the Court of any obligation to conduct a de novo review of the issue presented. See Thomas v. Arn, 474 U.S. 140, 148-153 (1985); Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Consequently, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Court **DENIES AS MOOT** the motion to vacate (Doc. No. 157, case No. 1:02CR50 & Doc. No. 21, case No. 1:10CV108) and **ORDERS** the case **DISMISSED WITHOUT PREJUDICE** and stricken from the Court's docket.

Pursuant to Fed. R. Civ. P. 58, the Court directs the Clerk of Court to enter a separate judgment order and to transmit copies of both orders to counsel of record and to the pro se petitioner, certified mail, return receipt requested.

Dated: October 7, 2011.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE